

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Mike Green d/b/a Residential Inspections, and Craig Cunningham, Appellant

No. 06-18-00022-CV     v.

Southern County Mutual Insurance Company, Appellee

Appeal from the 114th District Court of Smith County, Texas (Tr. Ct. No. 15-2067-B). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal by agreement should be granted. Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED JULY 3, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk